IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed on November 12, 2015)

| | |
|---|---|
| SUSAN FREDERICKS, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 14-296L |
| v. | ) |
| | ) Hon. Charles F. Lettow |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Adam M. Bean hereby enters his appearance as the attorney for the United States in the above captioned matter pursuant to RCFC 83.1(c)(4)(B). Mr. Bean is registered to use this Court's Case Management/Electronic Case Filing System ("CM/ECF"), and therefore may be served electronically using CM/ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Bean as indicated below.

Service of all papers by U.S. Mail, whether regular mail or Express (U.S.) Mail, should be addressed to:

>Adam M. Bean
>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Telephone: (202) 616-5082
>Facsimile: (202) 305-0506
>E-mail: Adam.Bean@usdoj.gov

Express deliveries by private companies should be addressed to:

>   Adam M. Bean
>   United States Department of Justice
>   Environment and Natural Resources Division
>   Natural Resources Section
>   601 D. St., N.W.
>   PHB 3206
>   Washington, D.C.  20004

Respectfully submitted, November 12, 2015,

>   JOHN C. CRUDEN
>   Assistant Attorney General
>
>   *s/ Adam M. Bean*
>   ADAM M. BEAN
>   United States Department of Justice
>   Environment and Natural Resources Division
>   P.O. Box 7611
>   Washington, D.C. 20044-7611
>   Tel:    (202) 616-5082
>   Fax:   (202) 305-0506
>   Adam.Bean@usdoj.gov
>
>   *Attorney of Record for the United States*

OF COUNSEL:

HOLLY H. CLEMENT
Office of the Solicitor
United States Department of the Interior